Michael E. Brewer (SBN 177912)
  michael.brewer@bakermckenzie.com
Michael G. Leggieri (SBN 253791)
  michael.leggieri@bakermckenzie.com
**BAKER & McKENZIE LLP**
Two Embarcadero Center, 11th Floor
San Francisco, CA 94111-3802
Telephone: +1 415 576 3000
Facsimile: +1 415 576 3099

**Attorneys for Defendant**
EQUIPMENTSHARE.COM INC

Additional Counsel listed on next page

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| AHERN RENTALS, INC., a Nevada Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>EQUIPMENTSHARE.COM INC, a Delaware corporation, MATTHEW ALLEN, an individual; DERRICK TORRES, an individual, and DOES 1-100,<br><br>Defendants. | **Case No. 2:19-cv-01788-MCE-KJN**<br><br>**STIPULATION AND ORDER TO CONTINUE DISCOVERY STAY**<br><br>Complaint Filed: September 9, 2019<br>FAC Filed: July 20, 2020<br>Trial Date: None set |

Baker & McKenzie LLP
Two Embarcadero Center
11th Floor
San Francisco, CA 94111
+1 415 576 3000

Case No. 2:19-cv-01788-MCE-KJN
STIPULATION AND ORDER

Case 2:20-cv-04141-BP   Document 64   Filed 07/29/20   Page 1 of 5

| | |
|---|---|
| 1 | Christopher J. Banks (SBN 218779) |
| | christopher.banks@morganlewis.com |
| 2 | Jason P. Brown (SBN 266472) |
| | jason.brown@morganlewis.com |
| 3 | Aleksandr Markelov |
| | Aleksandr.markelov@morganlewis.com |
| 4 | **MORGAN, LEWIS & BOCKIUS LLP** |
| | One Market, Spear Street Tower |
| 5 | San Francisco, CA 94105-1596 |
| | Telephone: +1 415 442 1000 |
| 6 | Facsimile: +1 415 442 1001 |
| 7 | **Attorneys for Plaintiff** |
| | AHERN RENTALS, INC. |

Michelle R. Ferber (SBN 149929)
 mferber@ferberlaw.com
Connor M. Day (SBN 233245)
 cday@ferberlaw.com
**FERBER LAW, APC**
2603 Camino Ramon, Suite 385
San Ramon, CA 94583
Telephone: +1 925 355 9800
Facsimile: +1 925 263 1676

**Attorneys for Defendants**
MATTHEW ALLEN and DERRICK TORRES

Baker & McKenzie LLP
Two Embarcadero Center
11th Floor
San Francisco, CA 94111
+1 415 576 3000

Case No. 2:19-cv-01788-MCE-KJN
STIPULATION AND ORDER

Case 2:20-cv-04141-BP   Document 64   Filed 07/29/20   Page 2 of 5

Plaintiff Ahern Rentals, Inc., Defendant EquipmentShare.com Inc, Defendant Matthew Allen, and Defendant Derrick Torres, by and through their counsel of record, hereby enter into the following stipulation with reference to the following facts:

## RECITALS

On May 7, 2020, the Court granted Defendants' motions for a protective order and stayed discovery until 30 days after a ruling on Defendants' then-pending motions to dismiss. (Dkt. No. 60.)

On June 29, 2020, the Court granted Defendants' motions to dismiss the Complaint. (Dkt. No. 61.)

On July 20, 2020, Plaintiff filed a First Amended Complaint. (Dkt. No. 62.) Defendants intend to file motions to dismiss the First Amended Complaint.

To avoid unnecessary motion practice, litigation costs, and to conserve judicial resources, the parties hereby stipulate as follows:

- The current discovery stay in this case will remain in place until 30 days after the Court issues an order resolving the forthcoming motions to dismiss.

**IT IS SO STIPULATED**.

Dated: July 27, 2020            **BAKER & McKENZIE LLP**

By: */s/ Michael G. Leggieri*
Michael E. Brewer
Michael G. Leggieri
Attorneys for Defendant
EQUIPMENTSHARE.COM INC

Dated: July 27, 2020            **MORGAN, LEWIS & BOCKIUS LLP**

By: */s/ Jason P. Brown [with permission]*
Christopher J. Banks
Jason P. Brown
Aleksandr Markelov
Attorneys for Plaintiff
AHERN RENTALS, INC.

Baker & McKenzie LLP
Two Embarcadero Center
11th Floor
San Francisco, CA 94111
+1 415 576 3000

1                    Case No. 2:19-cv-01788-MCE-KJN
STIPULATION AND ORDER

Case 2:20-cv-04141-BP    Document 64    Filed 07/29/20    Page 3 of 5

| | | |
|---|---|---|
| 1 | Dated: July 27, 2020 | **FERBER LAW, APC** |
| 2 | | |
| 3 | | By: *Connor M. Day [with permission]* |
| 4 | | Michelle R. Ferber<br>Conner M. Day |
| 5 | | Attorneys for Defendants<br>MATTHEW ALLEN and DERRICK TORRES |

Baker & McKenzie LLP
Two Embarcadero Center
11th Floor
San Francisco, CA 94111
+1 415 576 3000

Case No. 2:19-cv-01788-MCE-KJN
STIPULATION AND ORDER

Case 2:20-cv-04141-BP    Document 64    Filed 07/29/20    Page 4 of 5

# ORDER

Pursuant to the stipulation of the parties, and good cause appearing, IT IS HEREBY ORDERED that Discovery in this case is STAYED until 30 days after the Court issues an order resolving the forthcoming motions to dismiss.

**IT IS SO ORDERED**.

Dated: July 29, 2020

/1788.ahern

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Case No. 2:19-cv-01788-MCE-KJN
STIPULATION AND ORDER
Case 2:20-cv-04141-BP    Document 64    Filed 07/29/20    Page 5 of 5

Baker & McKenzie LLP
Two Embarcadero Center
11th Floor
San Francisco, CA 94111
+1 415 576 3000